## ORESTO NATALINO v. ST. PAUL BRIDGE & TERMINAL RAILWAY COMPANY.[1]

December 21, 1933.

No. 29,899.

*D. L. Grannis* and *Barrows, Stewart, Jackson & Junkin,* for appellant.

*Samuel A. Anderson* and *Keefe & Fallon,* for respondent.

*PER CURIAM.*

Appeal from a judgment.

The case was here before and our opinion filed November 10, 1933, 190 Minn. 118, 251 N. W. 9. For the reasons given in the previous opinion and upon authority of that opinion, the judgment appealed from is affirmed.

[1]Reported in 251 N. W. 669.